# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES PULL,<br><br>        Plaintiff,<br><br>    v.<br><br>HARBOUR DEPUTY BALIFF, et al.,<br><br>        Defendants. | 1:22-cv-01422-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Edward James Pull, a county jail inmate proceeding *pro se*, filed this civil action on November 4, 2022, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff's application does not contain a certification from the institution of incarceration detailing Plaintiff's account information, nor does it include a trust account statement. (Doc. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1.       Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. Plaintiff's application should include the required certification and/or trust account statement;

1        2.        No extension of time will be granted without a showing of good cause; and

2        3.        The failure to comply with this order will result in dismissal of this action,

3   without prejudice.

4

5   IT IS SO ORDERED.

6        Dated:    **November 27, 2022**                    /s/ *Barbara A. McAuliffe*

7                                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28