UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES PULL, | Case No. 1:22-cv-01422-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO AMEND COMPLAINT** |
| v. | |
| DEPUTY BAILIFF HARBOUR, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Edward James Pull is a county jail inmate proceeding pro se in this civil rights action. On December 8, 2022, the Court screened Plaintiff's complaint and granted him leave to file a first amended complaint within thirty days following service. (Doc. 7.) Currently before the Court is Plaintiff's request for an extension of time to February 8, 2023, to file his first amended complaint. Plaintiff indicates that additional time is necessary because he is legally blind and it take him longer to complete paper documents. Plaintiff also requests additional copies of the complaint form. (Doc. 10.)

Having considered Plaintiff's moving papers, and good cause appearing, the request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file a first amended complaint consistent with the Court's screening order no later than February 8, 2023. Plaintiff is reminded that if he fails to file an amended complaint, then the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim upon

1  which relief may be granted.  The Clerk of the Court is requested to send Plaintiff a complaint
2  form.

IT IS SO ORDERED.

Dated:  **December 29, 2022**            /s/ Barbara A. McAuliffe            _
                                                                    UNITED STATES MAGISTRATE JUDGE